**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 23-53476-CKP | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | COLUMBUS COMFORT HEATING & COOLING, LLC | Date Filed (f) or Converted (c): | 10/09/2023 (f) |
| For the Period Ending: | 2/29/2024 | §341(a) Meeting Date: | 11/17/2023 |
| | | Claims Bar Date: | 02/20/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Huntington National Bank Checking 5552 | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Huntington National Bank Member Robert Long has access to this account and will not allow Manager to access. Checking 1149 | Unknown | $0.00 | | $0.00 | FA |
| 3 | Huntington National Bank Member Robert Long has access to this account and will not allow Manager to access. Checking 1554 | Unknown | $0.00 | | $0.00 | FA |
| 4 | Athem BlueCross BlueShield (2022 Rebate for Health Plan Premiums) | Unknown | $2,855.97 | | $0.00 | $2,855.97 |
| Asset Notes: | Trustee to Collect. | | | | | |
| 5 | DRK Realty & Company, LLC Possible security deposit for commercial lease agreement. | Unknown | Unknown | | $0.00 | Unknown |
| Asset Notes: | Trustee to determine value. | | | | | |
| 6 | Accounts receivable 11a. 90 days old or less: 657,631.00 - 0.00 = | $657,631.00 | $657,631.00 | | $74,855.77 | $582,775.23 |
| Asset Notes: | Trustee is making efforts to collect as much as possible. Over 600K is over 90 day past due, and in some cases, collection of these accounts will be problematic. | | | | | |
| 7 | Other inventory or supplies Water Heaters (being held for customer) 9/11/2023 $0.00 Replacement | $68,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Trustee has been advised that 5 waterheaters belong to a previous customer, and that they have been paid for. Customer to pick them up prior to Auction. | | | | | |
| 8 | LG Equipment (being held for customer) 9/11/2023 $0.00 Replacement | $19,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | Customer is unknown to Trustee, and this equipment will be sold at Auction. | | | | | |
| 9 | Furnaces (2) (being held for customer) 9/11/2023 $0.00 Replacement | $2,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | Owner of equipment is unknown, and this equipment will be sold at auction. | | | | | |
| 10 | Office furniture Office Furniture (4 cubicles, 4 chairs, 4 desks, filing cabinets, refrigerator) $0.00 Replacement | $6,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes: | Will be sold at Auction | | | | | |

Case 2:23-bk-53476   Doc 62   Filed 02/29/24   Entered 02/29/24 11:59:06   Desc
Page 2 of 3

FORM 1  
Page No.: 2

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 23-53476-CKP | Trustee Name: | Clyde C. Hardesty |
|---|---|---|---|
| Case Name: | COLUMBUS COMFORT HEATING & COOLING, LLC | Date Filed (f) or Converted (c): | 10/09/2023 (f) |
| For the Period Ending: | 2/29/2024 | §341(a) Meeting Date: | 11/17/2023 |
| | | Claims Bar Date: | 02/20/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  Billboard Truck (unknown year, mileage, location) $0.00 Replacement | $16,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Location of vehicle is unknown. | | | | | |
| 12  2019 Nissan Van NV $0.00 Replacement | $12,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Trustee is determining value to estate. | | | | | |
| 13  2016 Ford Transit (unknown mileage, location) $0.00 Replacement | $16,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 14  Chevrolet Pickup (unknown year, mileage, location) $0.00 Replacement | $8,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 15  2012 Small Transit (unknown mileage, location) $0.00 Replacement | $9,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 16  Ford Box Truck (unknown year, mileage, location) $0.00 Replacement | $10,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 17  Ford Turtle Shell Truck (unknown year, mileage, location) $0.00 Replacement | $18,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 18  2008 Ford E 250 (unknown mileage, location) $0.00 Replacement | $8,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 19  Fork Lift $0.00 Replacement | $8,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 20  Walk Behind Fork Lift $0.00 Replacement | $6,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Value to estate is unknown. | | | | | |
| 21  Scissor Lift $0.00 Replacement | $2,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:   Cannot locate equipment. Value to estate is unknown. | | | | | |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Page No: 3

| Case No.: | 23-53476-CKP | Trustee Name: | Clyde C. Hardesty |
| --- | --- | --- | --- |
| Case Name: | COLUMBUS COMFORT HEATING & COOLING, LLC | Date Filed (f) or Converted (c): | 10/09/2023 (f) |
| For the Period Ending: | 2/29/2024 | §341(a) Meeting Date: | 11/17/2023 |
| | | Claims Bar Date: | 02/20/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22  Duct Work (multiple locations - being held at 9032 Cotter Street, Lewis Center, OH 43035 and an unknown address of Westerville/Cooper Rd.) $0.00 Replacement | $8,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:  Duct work located at 9032 Cotter will be sold at Auction. | | | | | |
| 23  Misc. Tools $0.00 Replacement | $15,000.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:  Value to estate is unknown. Will be sold at Auction. | | | | | |
| 24  Internet domain names and websites https://columbuscomfort.com/ $0.00 N/A | Unknown | Unknown | | $0.00 | Unknown |
| Asset Notes:  Trustee will discuss this issue with previous owners as to the value, and interest in purchasing asset. | | | | | |
| 25  Customer lists, mailing lists, or other compilations Customer List $0.00 N/A | Unknown | Unknown | | $0.00 | Unknown |
| Asset Notes:  Trustee will discuss this value to the estate with previous owners, and possibility of sale, or to be sold via Auction. | | | | | |
| 26  Payments to Byzfunder/Pirs within 90 days of Bankruptcy Filing | $54,704.64 | Unknown | | $0.00 | Unknown |
| Asset Notes:  Trustee attempting to collect. | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| | $943,335.64 | $660,486.97 | | $74,855.77 | $585,631.20 |

**Major Activities affecting case closing:**

02/29/2024    Trustee has retained Kegler, Brown, Hill & Ritter to represent the Estate. Firm conducted depositions of two LLC members to date, and facilitated collection of $64,000.00 in receivables. Trustee has hired Turnkey Auctioneer to auction all vehicles, and equipment located at the Cotter St. location in Lewis Center. Auction to be conducted on March 20th, and will be held via Online bidding. Trustee attempting to collect approximately $54,000.00 in preference payments, however UCC 1 filing must be avoided. Estate will be paying administrative expenses to landlord in the amount of $20,000.00 after auction is completed. TFR to be filed by December 1, 2024.

| Initial Projected Date Of Final Report (TFR): | 12/01/2024 | Current Projected Date Of Final Report (TFR): | /s/ CLYDE C. HARDESTY |
| --- | --- | --- | --- |
| | | | CLYDE C. HARDESTY |